John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ann T. Rossum (State Bar No. 281236)
atrossum@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILSON and NIEYSHA WHITE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. **'18CV1249 BEN BGS**<br><br>[Removal of San Diego County Superior Court, Case No. 37-2018-00019869-CU-NP-CTL]<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF REMOVAL**<br><br>Complaint Filed:  April 20, 2018 |

Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1.      Experian is a named Defendant in Civil Action No. 37-2018-00019869-CU-NP-CTL filed by Plaintiffs John Wilson and Nieysha White ("Plaintiffs") in the Superior Court of the State of California, County of San Diego, Central Division, Complex (the "State Court Action").

2.      The Complaint in the State Court Action was filed with the Clerk of the Superior Court of California, County of San Diego, Central Division, Complex on April 20, 2018.

3.     Plaintiffs served Experian with the Complaint on May 14, 2018.  This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiffs' initial pleading setting forth the claims for relief upon which Plaintiffs' action is based.

4.     This Court is the proper district court for removal because the State Court Action is pending within this district.

5.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Experian or filed in the State Court Action are attached hereto as **Exhibits A-D**.

6.     Experian is a corporation that, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.     The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiffs through their attorneys of record in the State Court Action, and shall file a copy of this Notice with the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

EXPERIAN'S NOTICE OF REMOVAL

1    Dated: June 12, 2018                    Respectfully submitted,

2

3                                             JONES DAY

4

5    By: */s/ John A. Vogt*
                                                  John A. Vogt

6                                            Attorneys for Defendant
                                             EXPERIAN INFORMATION
7                                            SOLUTIONS, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S NOTICE OF REMOVAL

1

**List of State Court Documents**

| Ex. | Filing Date | Document | Page(s) |
|---|---|---|---|
| A | 4/20/18 | Civil Case Cover Sheet | 5 - 7 |
| B | 4/20/18 | Complaint | 8 - 17 |
| C | 4/23/18 | Summons on Complaint | 18 - 19 |
| D | 4/23/18 | Notice of Case Assignment and Case Management Conference on Mandatory eFile Case | 20 - 21 |

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S NOTICE OF REMOVAL